# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Venue
San Francisco

## Request for Early Termination of Supervision

Name of Offender: Alexander R. Hirsch    Docket No.: CR 05-00471-01-CRB

Name of Sentencing Judge: The Honorable David H. Coar
United States District Judge
Northern District of Illinois

Date of Original Sentence: December 16, 2003

**FILED**

MAY − 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Original Offense:
Count One: 21 U.S.C. § 841 - Possession With Intent to Distribute a Controlled Substance

Original Sentence: One year and one day custody, four years supervised release.
Special Conditions: special assessment $100.00; drug/alcohol treatment

Jurisdiction was transferred from the Northern District of Illinois to the Northern District of California on July 25, 2005.

Type of Supervision: Supervised Release    Date Supervision Commenced: January 7, 2005
Duty Assistant U.S. Attorney: Brigid Martin    Defense Counsel: Jack R. Rimland (Retained)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

Mr. Hirsch has done very well on supervision. He successfully completed his drug aftercare treatment program without incident. He has maintained stable employment and a stable residence since his release. Mr. Hirsch has complied with all of the standard conditions of supervision. It is this officer's assessment that he is no longer in need of the services provided by the probation department and will continue to be a productive member of society. Therefore, early termination of supervision is recommended.

NDC-SUPV-FORM 12B(2) 01/13/06

Alexander R. Hirsch                                                                 Page 2
CR 05-00471-01


The duty Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:          200 Kittery Point
                              Santa Rosa, CA 95403

Respectfully submitted,                          Reviewed by:

_____                  _____
Sharon K. Alberts                                Robert E. Tenney
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed: May 3, 2007

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

_____May 4, 2007_____                          _____
Date                                             The Honorable Charles R. Breyer
                                                 United States District Judge